UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ALIAKSEI SHCHARBACHENIA,

                Petitioner,

v.                                                                  Action No. 2:26cv129

JEFFREY CRAWFORD,
Abyon-Farmville Detention Center, and

LIANA CASTANO,
ICE Washington Field Office,

                Respondents.

**ORDER**

Petitioner Aliaksei Shcharbachenia ("Shcharbachenia"), a detainee of United States Immigration and Customs Enforcement ("ICE"), submitted a *pro se* petition, pursuant to 28 U.S.C. § 2241 on February 9, 2026, while detained at the Farmville Detention Center in Farmville, Virginia. ECF No. 1. Shcharbachenia asserts he was taken into ICE custody on August 7, 2025, and was ordered removed on September 18, 2025. *Id.* at 5. Shcharbachenia seeks immediate release from ICE custody. *Id.* at 8.

This Court exercises its discretion under Rule 1(b) of the Rules Governing Section 2254 Cases to apply these rules to this section 2241 petition. Accordingly, the Court hereby **ORDERS** that:

(1)    Shcharbachenia **IS NOT to be removed or transferred** from this district for any reason without this Court's permission.

(2) Respondents shall file within **7 days** from the date of this order an answer to the petition conforming to the requirements, where applicable to a federal prisoner, of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, together with the attachments specified in Rule 5, and, if appropriate, a motion to dismiss. Any motion to dismiss should be filed separately from the answer.

(3) Shcharbachenia shall file any reply in further support of the petition on or before **February 27, 2026**.

Pursuant to Federal Rule of Civil Procedure 73, the parties are advised of their opportunity to consent to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c). Attached to this order is a consent form that the parties should file if they wish to consent.

Service shall be made upon respondents in accordance with the Agreement on Acceptance of Service. The Clerk is directed to forward a copy of this order to Shcharbachenia and to Kent Porter, Supervisor of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia, Norfolk Division.

_____
/s/ Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
February 13, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

_____
Petitioner

vs.                                                              Case Number: _____

_____
Respondent

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule Civil Procedure 73, the parties in this case hereby voluntarily waive their right to proceed before a United States district judge and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of final judgment.

| Petitioner's signature | Printed name | Date signed |
| --- | --- | --- |
| Petitioner's counsel's signature (if applicable) | Printed name | Date signed |
| Respondent's signature | Printed name | Date signed |
| Respondent's counsel's signature | Printed name | Date signed |

### NOTICE OF OPPORTUNITY TO CONSENT TO EXERCISE
### OF CIVIL JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Federal Rule Civil Procedure 73, you are notified that the United States magistrate judges of this court, upon the consent of the parties in a civil case, may conduct any and all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment.

Any appeal shall be taken to the United States court of appeals, in accordance with 28 U.S.C. §636(c), as amended.

If a party agrees to the exercise of civil jurisdiction by a United States magistrate judge, that party should execute and file, either jointly or separately, this consent form.

Your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for disposition is voluntary. You are free to withhold consent without adverse substantive consequences. No district judge or magistrate judge will be informed of a party's response to this notification unless all parties have consented to the referral of the case to a magistrate judge.