UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ALIAKSEI SHCHARBACHENIA,

            Petitioner,

v.                                                         Action No. 2:26cv129

JEFFREY CRAWFORD,
Abyon-Farmville Detention Center, and

LIANA CASTANO,
ICE Washington Field Office,

           Respondents.

## ORDER

Petitioner Aliaksei Shcharbachenia ("Shcharbachenia"), a detainee of United States Immigration and Customs Enforcement ("ICE"), submitted a *pro se* petition, pursuant to 28 U.S.C. § 2241 on February 9, 2026, while detained at the Farmville Detention Center in Farmville, Virginia. ECF No. 1. Shcharbachenia asserts he was taken into ICE custody on August 7, 2025, and was ordered removed on September 18, 2025. *Id.* at 5. Shcharbachenia seeks immediate release from ICE custody. *Id.* at 8.

Respondents filed a response on February 20, 2026, indicating that Shcharbachenia is subject to a final order of removal and detained pursuant to 8 U.S.C. § 1231. ECF No. 6, at 5–6. Respondents further assert that Shcharbachenia is not subject to withholding of removal to Belarus, his country of origin, and ICE will be able to remove Shcharbachenia to Belarus once the Court lifts the order preventing transfer. *Id.* at 6. The Court construes respondents' opposition as a motion to dismiss the petition.

Shcharbachenia is hereby NOTIFIED that respondents have filed a motion to dismiss that, if granted, could result in the dismissal of the petition. Shcharbachenia is ADVISED that he is entitled to file a response opposing the motion to dismiss within twenty-one (21) days of the filing date of this notice. Shcharbachenia is FURTHER ADVISED that the Court could dismiss the petition on the basis of the respondent's filing if Shcharbachenia does not file a response. If Shcharbachenia submits a response, respondents may file a reply within six (6) days after the service of the response. *See* E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." *Id.*

The Clerk is directed to forward a copy of this order to Shcharbachenia and to counsel of record for respondents.

/s/
───────────────────────────
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
February 25, 2026