**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

ALIAKSEI SHCHARBACHENIA,

               Petitioner,

v.                                         Action No.  2:26cv129

JEFFREY CRAWFORD,
Abyon-Farmville Detention Center, and

LIANA CASTANO,
ICE Washington Field Office,

               Respondents.

## O R D E R

Petitioner Aliaksei Shcharbachenia ("Shcharbachenia"), a detainee of United States Immigration and Customs Enforcement ("ICE"), submitted a *pro se* petition, pursuant to 28 U.S.C. § 2241 on February 9, 2026, while detained at the Farmville Detention Center in Farmville, Virginia. ECF No. 1. Shcharbachenia asserts he was taken into ICE custody on August 7, 2025, and was ordered removed on September 18, 2025. *Id.* at 5. Shcharbachenia seeks immediate release from ICE custody. *Id.* at 8. On February 13, 2026, the Court entered an order that Shcharbachenia not be removed or transferred from this district for any reason without this Court's permission. ECF No. 4.

Respondents assert that Shcharbachenia is a citizen of Belarus who was paroled into the United States in 2021 pending his removal proceedings. ECF No. 6-1, at 2. On September 18, 2025, an immigration judge ordered Shcharbachenia removed from the United States to Belarus deeming his opportunity to file an application for relief abandoned. *Id.* at 4. On October 3, 2025,

an immigration judge denied Shcharbachenia's motion to reopen his removal proceedings. *Id.* As a result, Shcharbachenia's order of removal is final. 8 U.S.C. § 1101(a)(47)(B)(ii)[1]; 8 C.F.R. § 1241.1(c)[2]; 8 C.F.R. § 1003.38 (the notice of appeal to the Board of Immigration Appeals ("BIA") must be filed within 30 calendar days after the immigration judge's oral decision). At Shcharbachenia's 90-day post order custody review held January 14, 2026, it was determined that he would remain detained pending removal. ECF No. 6-1, at 4.

Respondents assert "ICE will be able to remove Petitioner to Belarus once this Court lifts its Order preventing his transfer." ECF No. 6, at 6. Shcharbachenia filed a reply on March 16, 2026, asserting "Respondents have not demonstrated that any meaningful steps have been taken to effectuate Petitioner's removal." ECF No. 9, at 2. Accordingly, the Court lifts the provision of the order entered February 13, 2026, ECF No. 4, preventing Shcharbachenia's removal.

Respondents are **ORDERED** to, **within 14 days of this order**, notify the Court of what steps have been taken to remove Shcharbachenia to Belarus and when those steps were taken

---

[1] "The order [of deportation] shall become final upon the earlier of—(i) a determination by the [BIA] affirming such order; or (ii) the expiration of the period in which the alien is permitted to seek review of such order by the [BIA]." 8 U.S.C. § 1101(a)(47)(B).

[2] An order of removal made by the immigration judge at the conclusion of proceedings under section 240 of the Act shall become final:
> (a) Upon dismissal of an appeal by the [BIA];
> (b) Upon waiver of appeal by the respondent;
> (c) Upon expiration of the time allotted for an appeal if the respondent does not file an appeal within that time;
> (d) If certified to the Board or Attorney General, upon the date of the subsequent decision ordering removal;
> (e) If an immigration judge orders an alien removed in the alien's absence, immediately upon entry of such order; or
> (f) If an immigration judge issues an alternate order of removal in connection with a grant of voluntary departure, upon overstay of the voluntary departure period . . . .

8 C.F.R. § 1241.1.

supported by a declaration from an individual with direct knowledge of the facts.

The Clerk is directed to forward a copy of this order to Shcharbachenia and counsel of record for respondent Castano.

_____
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
March 25, 2026